Ronald EMERT, Respondent,

v.

DIRECTOR OF REVENUE, State
of Missouri, Appellant.

No. ED 78775.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 21, 2001.

Jeremiah (Jay) Nixon; Attorney General, Charissa L. Watson; Assistant Atty. Gen., Jefferson City, MO, for appellant.

Timothy F. Devereux, Clayton, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J.,
LAWRENCE G. CRAHAN and
LAWRENCE E. MOONEY, JJ.

*ORDER*

PER CURIAM.

Appellant Director of Revenue ("Director") appeals the judgment reinstating the driving privileges of respondent Ronald Emert.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).